WYNN, Circuit Judge,
concurring:
The majority opinion does not reach the precise question of whether the strip search conducted on Floyd Teter was unconstitutional, but it does cast serious doubt on the legality of similar searches going forward. See ante at 207. In my view, strip searching pre-arraignment detainees who are held outside the general population of a detention facility is unconstitutional absent reasonable suspicion. See Florence v. Bd. of Chosen Freeholders of Cnty. of Burlington, — U.S. -, 132 S.Ct. 1510, 1523, 182 L.Ed.2d 566 (2012) (Roberts, C.J., concurring); id. at 1524 (Alito, J., concurring); id. at 1525 (Breyer, J., joined by Ginsburg, Sotomayor, and Kagan, JJ., dissenting). I agree with the majority that corrections administrators would be wise to take into account recent changes in the legal landscape governing strip searches when crafting policy in this area, particularly in light of the varying opinions in Florence. See ante at 207.